SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (State Bar No. 154692)
David A. Gabianelli (State Bar No. 158170)
Julie E. Schwartz (State Bar No. 260624)
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mgoodman@ssd.com
Email: dgabianelli@ssd.com
Email: jeschwartz@ssd.com

Attorneys for Defendants
BAYER CORPORATION, BAYER HEALTHCARE
PHARMACEUTICALS INC., BAYER HEALTHCARE
LLC, and MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGET RENEE TANNER and RUSSELL TANNER, <br><br> Plaintiffs, <br><br> vs. <br><br> BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER HEALTHCARE, LLC; BERLEX LABORATORIES INTERNATIONAL, INC.; BAYER SCHERING PHARMA AG; BAYER AG; SCHERING AG; MCKESSON CORPORATION; and DOES 1-50 <br><br> Defendants. | No. C 09-01558 SBA <br> **Related Cases** |
| STEPHANIE D. IVEY, <br><br> Plaintiff, <br><br> vs. <br><br> BAYER CORPORATION, et al. <br><br> Defendants. | No. C 09-01904 SBA |

| | |
|---|---|
| DAWN VOSS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAYER CORPORATION, et al.<br><br>　　　　Defendants. | No. C 09-01905 SBA |
| TAMERA JIRBI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAYER CORPORATION, et al.<br><br>　　　　Defendants. | No. C 09-02416 SBA |
| BIEANCA WHITE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAYER CORPORATION, et al.<br><br>　　　　Defendants. | No. C 09-02417 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN CASE MANAGEMENT DEADLINES** |

WHEREAS, the parties are currently in the process of gathering information, and the Initial Case Management Conference has been continued from July 22, 2009 until **September 10, 2009,** the parties stipulate to extend the following case deadlines and seek the Court's approval of the same as follows:

1. The Joint Case Management Statement currently scheduled to be submitted on July 15, 2009 shall be completed and submitted no later than **August 3, 2009**.

2. The Rule 26(f) Report currently scheduled to be submitted on July 15, 2009 shall be completed and submitted no later than **August 3, 2009**.

3. The Initial Disclosures currently scheduled to be submitted on July 15, 2009 shall be completed and submitted no later than **August 3, 2009**.

IT IS SO STIPULATED.

Dated: July 14, 2009                SQUIRE, SANDERS & DEMPSEY L.L.P.

By:  */s/ David A. Gabianelli*
          David A. Gabianelli

Attorneys for Defendants
BAYER CORPORATION, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER HEALTHCARE LLC, and MCKESSON CORPORATION

Dated: July 14, 2009                PHILLIPS & ASSOCIATES

By:  */s/ Lowell Finson*
          Lowell Finson

Attorneys for Plaintiffs
BRIDGET RENEE TANNER and RUSSELL TANNER

Pursuant to the Stipulation, **IT IS SO ORDERED.**

DATED: July 15, 2009

SAUNDRA B. ARMSTRONG
United States District Court Judge